UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

HARTFORD FIRE INSURANCE COMPANY a/s/o
Lycee Francais de New York,

                       Plaintiff,

      -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL
SERVICES, INC., F.J. SCIAME CONSTRUCTION
CO., INC., POLSHEK PARTNERSHIP, LLP and
CANTOR SEINUK GROUP, INC.,

                       Defendants.

------------------------------------------------------------- x

Case No.: CIV. 4084

JUDGE STEIN

RECEIVED MAY 25 2007 U.S.D.C. S.D.N.Y. CASHIERS

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Hartford Fire Insurance Company (a private non-governmental party) discloses as follows:

    Hartford Fire Insurance Company is a wholly owned subsidiary of the Hartford Financial Services Group

Dated: New York, New York
       May 24, 2007

                                      ROBINSON & COLE LLP

                                      By: _____
                                      Michael B. Golden (MBG-0633)
                                      Attorneys for Plaintiff
                                      885 Third Avenue, 28th Floor
                                      New York, NY 10022
                                      Tel. No.: (212) 451-2900

NEWY1-633506-1