```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HARTFORD FIRE INSURANCE a/s/o Lycee Francais de New York,

                Plaintiff,

    -against-

MAYRICH CONSTRUCTION CORP., *ET AL.*,

                Defendants.
------------------------------------------------------------x

07 Civ. 4084 (SHS) (AJP)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Defendants' motion to dismiss

All such motions: ___

Dated: New York, New York
       June 11, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.