UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

HARTFORD FIRE INSURANCE COMPANY :
as Subrogor of Lycee Francais De New York,

          Plaintiff,

          -against-

MAYRICH CONSTRUCTION CORP.,
LANGAN ENGINEERING &
ENVIRONMENTAL SERVICES, INC.,
F. J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

          Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07

07 Civ. 4084 (SHS) (AJP)

ORDER TO PLAINTIFF
TO SERVE COMPLAINT

**ANDREW J. PECK, United States Magistrate Judge:**

       This Order is to inform you that Judge Stein has assigned this case to me for all pretrial purposes. An extra (courtesy) copy of all papers hereafter submitted to the Court should be sent to me at the United States Courthouse, 500 Pearl Street, Room 1370, New York, New York 10007-1312.

       Enclosed is a copy of the "Individual Practices of Magistrate Judge Andrew J. Peck." The parties are required to follow them.

       <u>Plaintiff must make arrangements to have the summons and complaint promptly served on all defendants</u>. Plaintiff must provide a copy of this Order (and the enclosed Rules) to defendant's counsel either along with the summons and complaint or once counsel has appeared for defendant.

2

Rule 4(m) of the Federal Rules of Civil Procedure provides:

<u>Time Limit for Service</u>.  If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

The complaint in this action was filed on May 25, 2007.  Accordingly, if service is not made upon the defendant(s) by September 24, 2007 (which is 120 days from filing of this complaint), I will recommend to Judge Stein that the action be dismissed.  <u>You must supply a courtesy copy of the proof of service to my chambers.</u>

SO ORDERED.

Dated:      New York, New York
            June 13, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies <u>by fax</u> to:    Michael B. Golden, Esq.
                     Judge Sidney H. Stein