UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HARTFORD FIRE INSURANCE COMPANY
a/s/o Lycee Francais de New York

                            Plaintiff,
    vs.

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP and CANTOR
SEINUK GROUP, INC.

                            Defendants.
------------------------------------------------------------X

CASE NO.: 07 CIV 4084

STIPULATION EXTENDING TIME
FOR POLSHEK PARTNERSHIP
LLP TO ANSWER COMPLAINT

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED** by and between the undersigned counsel for the Plaintiff and Defendant Polshek Partnership, LLP ("Polshek") that Defendant Polshek shall have until July 31, 2007 in which to file and serve an answer or otherwise move in response to the Complaint filed by Plaintiff.

**IT IS FURTHER STIPULATED AND AGREED** that a copy of this signed Stipulation may be treated as an original signed Stipulation, and that this Stipulation may be executed in counterparts so long as the filed document has attached signature pages containing the signatures of all counsel set forth below.

ROBINSON & COLE LLP

_____
MICHAEL B. GOLDEN, ESQ.
*Attorneys for Plaintiff Hartford Fire Insurance
Company a/s/o Lycee Francais de New York*
885 Third Avenue, Suite 2800
New York, New York 10022

Dated:  New York, New York
         June 20, 2007

ZETLIN & DE CHIARA LLP

_____
BILL P. CHIMOS, ESQ. (BC – 9381)
*Attorneys for Defendant, Polshek
Partnership LLP*
801 Second Avenue
New York, New York 10017

Dated:  New York, New York
         June 20, 2007