UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/07
```

-----------------------------------------x

HARTFORD FIRE INSURANCE COMPANY as subrogor :
of Lycee Francais De New York,

      Plaintiff,    :

      07 Civ. 4084 (SHS) (AJP)

     -against-    :

      ORDER SCHEDULING
      :  INITIAL PRETRIAL CONFERENCE

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES, INC., :
F. J. SCIAME CONSTRUCTION CO., INC., POLSHEK
PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

      Defendants.

-----------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

  IT IS HEREBY ORDERED that a conference is scheduled for July 17, 2007 at 4:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

  Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

  SO ORDERED.

Dated: New York, New York
   July 2, 2007

              _____
              Andrew J. Peck
              United States Magistrate Judge

Copies **by fax & ECF** to:  Michael B. Golden, Esq.
          Bill P. Chimos, Esq.
         Gilbert Lee, Esq.
         Judge Sidney H. Stein

C:\ORD\Order Scheduling Status Conference