```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 7/2/07               │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY
a/s/o Lycee Francais de New York,

CIVIL ACTION NO.
07 Civ. 4084 (SHS) (AJP)

                              Plaintiff,

                    -against-

                                                STIPULATION AND
                                                [PROPOSED] ORDER

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES, INC.,
F.J. SCIAME CONSTRUCTION CO., INC., POLSHEK
PARTNERSHIP, LLP AND CANTOR SEINUK GROUP,
INC.,

                              Defendants.

---------------------------------------------------------------X

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorneys for the parties that the time for Defendant Langan Engineering & Environmental

Services, Inc. to appear, answer, or move with regard to Plaintiff's Complaint in the

above-captioned action is extended to and including July 31, 2007.

Dated: New York, New York
       June 21, 2007


SEDGWICK, DETERT, MORAN & ARNOLD LLP          ROBINSON & COLE LLP

By: _____                By: _____
   Gilbert L. Lee, Esq. (GL-4091) 4014 GL        Michael B. Golden, Esq. (MG-0633)
   Lawrence Klein, Esq. (LK-2875)                885 Third Avenue
   125 Broad Street, 39th Floor                  Suite 2800
   New York, New York 10004                      New York, New York 10022
   (212) 422-0202                                (212) 451-2900

**Attorneys for Defendant**                  **Attorneys for Plaintiff**
Langan Eng. & Enviro. Svcs., Inc.            Hartford Fire Ins. Co. a/s/o Lycee Francais
                                             de New York

**BY FAX**

SO ORDERED: _____
_____
Hon. Andrew Jay Peck
United States Magistrate Judge