

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HARTFORD FIRE INSURANCE COMPANY
a/s/o Lycee Francais de New York,

                      Plaintiff,

      -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES, INC.,
F.J. SCIAME CONSTRUCTION CO., INC., POLSHEK
PARTNERSHIP, LLP AND CANTOR SEINUK GROUP,
INC.,

                      Defendants.

------------------------------------------------------------X

CIVIL ACTION NO.
07 Civ. 4084 (SHS) (AJP)

STIPULATION AND
[PROPOSED] ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that the time for Defendant Langan Engineering & Environmental Services, Inc. to appear, answer, or move with regard to Plaintiff's Complaint in the above-captioned action is extended to and including July 31, 2007.

Dated: New York, New York
         June 21, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Gilbert L. Lee, Esq. (GL-4091) 4014 GL
Lawrence Klein, Esq. (LK-2875)
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202

**Attorneys for Defendant**
Langan Eng. & Enviro. Svcs., Inc.

ROBINSON & COLE LLP

By: _____
Michael B. Golden, Esq. (MG-0633)
885 Third Avenue
Suite 2800
New York, New York 10022
(212) 451-2900

**Attorneys for Plaintiff**
Hartford Fire Ins. Co. a/s/o Lycee Francais
de New York

SO ORDERED: 7/3/07

_____
Loretta A. Preska
U.S.D.J.
PART I