UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
HARTFORD FIRE INSURANCE COMPANY           CIVIL ACTION NO:
a/s/o Lycee Francais de New York,
                                          07 CV 4084
            Plaintiff,

                                          RULE 7.1
                                          DISCLOSURE STATEMENT
      -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP and CANTOR
SEINUK GROUP, INC.,

            Defendants.
-----------------------------------

Pursuant to Rule 7.1 of the Local Rules of the United States District for the Southern District of New York and to enable Judges and Magistrate Judges of the District to evaluate possible disqualification or recusal, the Undersigned, Counsel for Defendant Cantor Seinuk Group, Inc. (private non-governmental parties) certifies that the following are corporate parents, affiliates and or subsidiaries of said parties which are publicly held:

                          NONE

Dated: July 10, 2007
       New York, New York

                                    GOGICK, BYRNE & O'NEILL, LLP
                                    Attorneys for Defendant
                                    Cantor Seinuk Group, Inc.

                                    By: _____
                                        Elaine C. Gangel (6775)
                                        11 Broadway, Suite 1560

P:\700\759-138\Legal\Fed Rule 7.1 Statement 7-9-07.doc

(212) 422-9424

TO:

Michael B. Golden
Robinson & Cole LLP
885 Third Avenue
Suite 2800
New York, NY 10022
Tel: 212-451-2900
Fax: 212-451-2999
mgolden@rc.com
Direct: 212-451-2911
Attorneys for The Hartford

Mayrich Construction Corp.
1141 Oak Point Avenue
Bronx, NY 10474

Langan Engineering &
Environmental Services, Inc.
360 West 31st Street
New York, NY 10001

F.J. Sciame Construction Co., Inc.
80 South Street
New York, NY 10038

Polshek Partnership, LLP
320 West 13th Street
New York, NY 10014

P:\700\759-138\Legal\Fed Rule 7.1 Statement 7-9-07.doc