UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HARTFORD FIRE INSURANCE COMPANY, as
Subrogor of Lycee Francais De New York,

        Plaintiff,

    -against-

MAYRICH CONSTRUCTION CORP., et al.,

        Defendants.

------------------------------------- x

07 Civ. 4084 (SHS) (AJP)

RULE 16 INITIAL PRETRIAL
CONFERENCE ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on July 17, 2007 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

    1. All fact discovery must be completed by December 31, 2007, expert discovery must be completed by February 28, 2008. Expert reports must be served by January 4, 2008, rebuttal January 18, 2008. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due August 7, 2007. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

    2. Each party will notify this Court by March 3, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by

March 21, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

3.  The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by March 21, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4.  A status conference will be held before the undersigned on September 17, 2007 at 2:00 p.m. in Courtroom 20D (500 Pearl Street).

5.  The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was provided at the conference.

SO ORDERED.

DATED:   New York, New York
         July 17, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Michael B. Golden, Esq.
Simone S. Kim, Esq.
Lawrence Klein, Esq.
Bryan R. Weber, Esq.
Judge Sidney H. Stein

C:\ORD\16RULES