# WELBY, BRADY & GREENBLATT, LLP



ATTORNEYS AT LAW
WESTCHESTER FINANCIAL CENTER
11 MARTINE AVENUE
WHITE PLAINS, NEW YORK 10606
TEL: (914) 428-2100
FAX: (914) 428-2172
www.wbgllp.com

GERARD P. BRADY*
ANTHONY P. CARLUCCI, JR.*
MICHAEL E. GREENBLATT*○△
ALEXANDER A. MIUCCIO
PAUL G. RYAN*+
ALAN SINGER
THOMAS S. TRIPODIANOS
THOMAS H. WELBY*

MICHAEL I. SILVERSTEIN
NICHOLAS A. CARRE
ADAM W. DOWNS*△
MARK CERMELE*
S. DEAN KIM+
MICHAEL R. WOOD

*ALSO ADMITTED IN NEW JERSEY
○ALSO ADMITTED IN CONNECTICUT
×ALSO ADMITTED IN MASSACHUSETTS
△ALSO ADMITTED IN PENNSYLVANIA

OF COUNSEL:
LESTER GULITZ
GEOFFREY S. POPE*×
ROBERT G. CORKE
DONNA M. BRADY*
JOHN J.P. KROL

JERSEY OFFICE
125 NORTH UNION AVENUE
SUITE 100
CRANFORD, NEW JERSEY 07016
(908) 272-7670
(908) 272-2656 (FAX)

CONNECTICUT OFFICE
ONE LANDMARK SQUARE
FIFTH FLOOR
STAMFORD, CONNECTICUT 06901
(203) 363-0081
(203) 363-0071 (FAX)

July 26, 2007

VIA FACSIMILE TO (212) 805-7933
and FEDERAL EXPRESS
(Tracking No. 8614 4219 3424)
Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

**MEMO ENDORSED**

Re: Request for Extension of Time
Hartford Fire Insurance Company
a/s/o Lycee Francais de New York
v.
Mayrich Construction Corp., et al.
(Case No. 07-civ-4084, S.D.N.Y.)
Mayrich – General
File No. 1008.001

[Handwritten endorsement: Extension granted to 8/3 7/26/07 / Δ Mayrich to respond by then / My tr.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge]

**BY FAX**

Dear Judge Peck:

This firm serves as general counsel to Mayrich Construction Corp. ("Mayrich"). We were advised yesterday afternoon of the existence of this lawsuit and the plaintiff's intention to move for a default judgment against Mayrich.

An appearance has not been immediately filed because Mayrich is seeking coverage from its insurance carrier. It is our understanding that the carrier will be providing a defense, but we are awaiting written confirmation of the same.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 7/26/07]

[RECEIVED JUL 26 2007 CHAMBERS OF ANDREW J PECK]

# WELBY, BRADY & GREENBLATT, LLP
### ATTORNEYS AT LAW

Hon. Andrew J. Peck
United States Magistrate Judge
July 26, 2007
Page 2

Accordingly, we respectfully request an additional five days to allow for an appearance by carrier-appointed counsel before any steps are taken seeking a default judgment against Mayrich.

Should you have any questions, please contact the undersigned.

Thank you for your attention to this matter.

Respectfully submitted,

Michael R. Wood

MRW/iti

cc:   Michael B. Golden, Esq.
      Robinson & Cole, LLP
      (via facsimile only)

      Bill P. Chinos, Esq.
      Zetlin & Dechiara, LLP
      (via facsimile only)

      Elaine Caryn Gangel, Esq.
      Gogick, Byrne & O'Neil, LLP
      (via facsimile only)

      Edward A. Garfinkel, Esq.
      The Law Offices of Edward Garfinkel
      (via facsimile only)

      Mr. Jamie Furey
      Mayrich Construction Corp.
      (via email only)

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** July 26, 2007                              **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Michael B. Golden, Esq. | 212-451-2999 |
| Michael R. Wood, Esq. | 914-428-2172 |
| Simone S. Kim, Esq. | 212-682-6861 |
| Lawrence Klein, Esq. | 212-422-0925 |
| Bryan R. Weber, Esq. | 212-422-9429 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/26/07**

Extension granted to 8/3 for Def. Mayrich to respond to the complaint.

Copy to:    Judge Sidney H. Stein