UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

HARTFORD FIRE INSURANCE COMPANY as
subrogor of Lycee Francais De New York,

                          Plaintiff,

           -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                          Defendants.

------------------------------------------------------------------ X

07 Civ. 4084 (SHS) (AJP)

**RULE 7.1 DISCLOSURE**
**STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Defendant Polshek Partnership LLP certifies that Polshek Partnership LLP has no

corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
        July 31, 2007

                                     ZETLIN & DE CHIARA LLP

                               By: _____
                                    Bill P. Chimos, Esq. (BC-9381)
                                    *Attorneys for Defendant*
                                    *Polshek Partnership LLP*
                                    801 Second Avenue
                                    New York, NY 10017
                                    (212) 682-6800

TO:     SEE ATTACHED SERVICE LIST

<u>**SERVICE LIST**</u>

Michael B. Golden
ROBINSON & COLE LLP
885 Third Avenue
Suite 2800
New York, New York  10022
Tel: 212-451-2900
Fax: 212-451-2909
*Attorneys for Plaintiff The Hartford*


GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York  10004
Tel: 212-422-9424
*Attorneys for Defendant*
*Cantor Seinuk Group, Inc.*

MAYRICH CONSTRUCTION CORP.
1141 Oak Point Avenue
Bronx, New York  10474

LANGAN ENGINEERING &
 ENVIRONMENTAL SERVICES, INC.
360 West 31st Street
New York, New York  10001

P.J. Sciame Construction Co., Inc.
80 South Street
New York, New York  10038