UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
HARTFORD FIRE INSURANCE COMPANY as      07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                                    Plaintiff,    **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

    -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                                   Defendants.
------------------------------------------------------------------- X

**C O U N S E L O R S :**

        **PLEASE TAKE NOTICE,** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony upon oral examination of Plaintiff Hartford Fire Insurance Company as subrogor of Lycee Francais De New York will be taken before a notary public who is not an attorney, or an employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the offices of Zetlin & De Chiara LLP, 801 Second Avenue, 17th Floor, New York, New York 10017, on the 8th day of October, 2007 at 10:00 o'clock in the forenoon of that day, with respect to evidence material and necessary in the prosecution of this action.

        The subject matter of the examination will be as to all evidence material and necessary to the prosecution of this action.

        **PLEASE TAKE FURTHER NOTICE,** that pursuant to Rule 34 of the Federal Rules of Civil Procedure, you are required to produce at the examination, all books,

correspondence, records, documents, notes, papers, videotapes, photographs, plots, plans, surveys, maps and other things that you may have in your possession, custody or control which relate or refer to any matter in controversy in this action and/or to the dealings or transactions between or among the parties, to be examined, marked as exhibits and used at the examination.

Dated: New York, New York
      July 31, 2007

                            ZETLIN & DE CHIARA LLP

                            By: _____
                            Bill P. Chimos, Esq. (BC-9381)
                            *Attorneys for Defendant*
                            *Polshek Partnership LLP*
                            801 Second Avenue
                            New York, NY 10017
                            (212) 682-6800

TO:    SEE ATTACHED SERVICE LIST

## SERVICE LIST

Michael B. Golden
ROBINSON & COLE LLP
885 Third Avenue
Suite 2800
New York, New York 10022
Tel: 212-451-2900
Fax: 212-451-2909
*Attorneys for Plaintiff The Hartford*


GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004
Tel: 212-422-9424
*Attorneys for Defendant
Cantor Seinuk Group, Inc.*

MAYRICH CONSTRUCTION CORP.
1141 Oak Point Avenue
Bronx, New York 10474

LANGAN ENGINEERING &
ENVIRONMENTAL SERVICES, INC.
360 West 31st Street
New York, New York 10001

P.J. Sciame Construction Co., Inc.
80 South Street
New York, New York 10038