UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY a/s/o Lycee Francais de New York,<br><br>                                 Plaintiff,<br>         -against-<br><br>MAYRICH CONSTRUCTION CORP., LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC., F.J. SCIAME CONSTRUCTION CO., INC., POLSHEK PARTNERSHIP, LLP AND CANTOR SEINUK GROUP, INC.,<br><br>                                Defendants. | RULE 7.1 DISCLOSURE STATEMENT<br><br>CIVIL ACTION NO.<br>CV 07-4084 (SHS) (AJP) |

-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC. certifies that it does not have a parent corporation, and no publicly held company owns ten percent or more of its stock.

Dated: New York, New York
       July 31, 2007

                                    Yours, etc.,

                                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                    By: _____
                                          Gilbert L. Lee, Esq. (GL-4014)
                                          Lawrence Klein, Esq. (LK-2875)
                                          125 Broad Street, 39th Floor
                                          New York, New York 10004
                                          Telephone: (212) 422-0202
                                          Facsimile: (212) 422-0925
                                          Attorneys for Defendant
                                          Langan Engineering & Environmental Services, Inc.