UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
HARTFORD FIRE INSURANCE COMPANY a/s/o                        :
Lycee Francais de New York,                                  : Case no.: 07 Civ. 4084 (SHS)(AJP)
                                                             :
                        Plaintiff,                           :
                                                             :
        -against-                                            :
                                                             : **PLAINTIFF'S REPLY TO THE**
MAYRICH CONSTRUCTION CORP., LANGAN                           : **ANSWER AND**
ENGINEERING & ENVIRONMENTAL                                  : **COUNTERCLAIM OF**
SERVICES, INC., F.J. SCIAME CONSTRUCTION                     : **POLSHEK PARTNERSHIP, LLP**
CO., INC., POLSHEK PARTNERSHIP, LLP and                      :
CANTOR SEINUK GROUP, INC.,                                   :
                                                             :
                        Defendants.                          :
                                                             :
------------------------------------------------------------ x

Plaintiff, Hartford Fire Insurance Company, by its attorneys Robinson & Cole LLP as and for its reply to the answer of Polshek Partnership, LLP alleges:

### COUNTERCLAIM AND CROSS-CLAIM

1.  Denies the truth of the allegations contained in paragraph 1.

2.  Denies the truth of the allegations contained in paragraph 2.

### First Affirmative Defense

3.  The Counterclaim fails to state a claim upon which relief may be granted because the allegations constitute an affirmative defense, not a claim, and are duplicative of at least the second and fourth affirmative defenses alleged by Polshek.

NEWY1-634324-1

Dated: New York, New York
August 2, 2007

                                           ROBINSON & COLE LLP

                                           By: _____
                                           Michael B. Golden (MBG-0633)
                                           Attorneys for Plaintiff
                                           885 Third Avenue, 28th Floor
                                           New York, NY  10022
                                           Tel. No.: (212) 451-2900

To:
Michael J. Pearsall, Esq.
LAW OFFICE OF EDWARD GARFINKEL
Attorneys for Mayrich Construction Corp. &
F.J. Sciame Construction Co., Inc.
110 William Street
New York, NY  10038

Gilbert L. Lee, Esq.
Lawrence Klein, Esq.
SEDGWICK DETERT MORAN
   & ARNOLD LLP
Attorneys for Langan Engineering
   & Environmental Services, Inc.
125 Broad Street, 39th floor
New York, NY  10004

Bill P. Chimos, Esq.
ZETLIN & DE CHIARA LLP
Attorneys for Defendant Polshek Partnership, LLP
801 Second Avenue
New York, New York 10017

Elaine C. Gangel, Esq.
GOGICK BYRNE & O'NEILL, LLP
Attorneys for Defendant Cantor Seinuk Group, Inc.
11 Broadway, Suite 1560
New York, NY

2