UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

HARTFORD FIRE INSURANCE COMPANY a/s/o
Lycee Francais de New York,

                Plaintiff,

    -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL
SERVICES, INC., F.J. SCIAME CONSTRUCTION
CO., INC., POLSHEK PARTNERSHIP, LLP and
CANTOR SEINUK GROUP, INC.,

                Defendants.

------------------------------------------------------------ x

Case no.: 07 Civ. 4084 (SHS)(AJP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

      Kathy Corbett, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York.

      On August 2, 2007, I served the annexed PLAINTIFF'S REPLY TO THE ANSWER AND COUTNERCLAIM OF POLSHEK PARTNERSHIP, LPP, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to:

Michael J. Pearsall, Esq.
LAW OFFICE OF EDWARD GARFINKEL
Attorneys for Mayrich Construction Corp. &
F.J. Sciame Construction Co., Inc.
110 William Street
New York, NY  10038

Gilbert L. Lee, Esq.
Lawrence Klein, Esq.
SEDGWICK DETERT MORAN
   & ARNOLD LLP
Attorneys for Langan Engineering
   & Environmental Services, Inc.
125 Broad Street, 39th floor
New York, NY  10004

NEWY1-634358-1

Bill P. Chimos, Esq.
ZETLIN & DE CHIARA LLP
Attorneys for Defendant Polshek Partnership, LLP
801 Second Avenue
New York, New York 10017

Elaine C. Gangel, Esq.
GOGICK BYRNE & O'NEILL, LLP
Attorneys for Defendant Cantor Seinuk Group, Inc.
11 Broadway, Suite 1560
New York, NY

_____
Kathy Corbett

Sworn to before me this
2nd day of August 2007.

_____
Notary Public

Brenda Fishman
Notary Public, State of New York
No. 01FI6042451
Qualified in Queens County
My Commission Expires 05-30-2010