UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY a/s/o
LYCEE FRANCAIS DE NEW YORK,                                **RULE 7.1 DISCLOSURE**

                              Plaintiff,                                 07 CIV 4084

      -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP and CANTOR
SEINUK GROUP, INC.,

                        Defendants.
------------------------------------------------------------------X

      Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MAYRICH CONSTRUCTION CORP. and F.J. SCIAME CONSTRUCTION CO, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

    1.    None for defendant, F.J. Schiame Construction Co., Inc.

    2.    None for defendant, Mayrich Construction Corp.

Dated: New York, New York
       July 26, 2007

                                                          Yours etc.,
                                                          The Law Offices of Edward Garfinkel
                                                          Attorneys for Defendant,
                                                          MAYRICH CONSTRUCTION CORP. and
                                                          F.J. SCIAME CONSTRUCTION CO, INC.

                                                          By: _____
                                                             Michael J. Pearsall (MJP 9606)
                                                          110 William Street
                                                          New York, New York 10038-3901
                                                          (212) 809-8000
                                                          Our File # NYNY Unassigned

TO:

Robinson & Cole, LLP
Attorney for Plaintiff
885 Third Avenue, 28th Floor
New York, New York  10022
(212) 451-2999

Gogick, Byrne & O'Neill, LLP
Attorney for Defendant
CANTOR SEINUK GROUP, INC.
11 Broadway, Suite 1560
New York, New York  10004-1770
(212) 422-9424

LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC.
360 West 31st Street
New York, NY  10001

POLSHEK PARTNERS
320 West 13th Street
New York, New York  10014