UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HARTFORD FIRE INSURANCE COMPANY as         07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                Plaintiff,

                                               **CERTIFICATE OF SERVICE**

        -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                Defendants.
------------------------------------------------------------------ X
STATE OF NEW YORK      )
                               : ss.
COUNTY OF NEW YORK  )

       I, BILL P. CHIMOS, hereby certify and affirm that a true and correct copy of the attached **ANSWER TO COMPLAINT WITH CROSS-CLAIMS AND COUNTERCLAIM** was served via ECF and Regular Mail on July 31, 2007, upon the following:

| | |
|---|---|
| Michael B. Golden<br>ROBINSON & COLE LLP<br>885 Third Avenue, Suite 2800<br>New York, New York 10022 | GOGICK, BYRNE & O'NEILL, LLP<br>11 Broadway, Suite 1560<br>New York, New York 10004 |
| MAYRICH CONSTRUCTION CORP.<br>1141 Oak Point Avenue<br>Bronx, New York 10474 | LANGAN ENGINEERING &<br>ENVIRONMENTAL SERVICES, INC.<br>360 West 31st Street<br>New York, New York 10001 |
| F.J. Sciame Construction Co., Inc.<br>80 South Street<br>New York, New York 10038 | |

Dated: New York
          August 3, 2007

                                                          BILL P. CHIMOS (BC-9381)