UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HARTFORD FIRE INSURANCE COMPANY as           07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                           Plaintiff,

                                                      **CERTIFICATE OF SERVICE**

   -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                           Defendants.
------------------------------------------------------------------ X
STATE OF NEW YORK      )
                                  : ss.
COUNTY OF NEW YORK  )

       I, **BILL P. CHIMOS,** hereby certify and affirm that a true and correct copy of the attached **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION OF MAYRICH CONSTRUCTION CORP., LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC., F.J. SCIAME CONSTRUCTION CO., INC., AND CANTOR SEINUK GROUP, INC.** was served via ECF and Regular Mail on July 31, 2007, upon the following:

Michael B. Golden
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York  10022

GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York  10004

MAYRICH CONSTRUCTION CORP.
1141 Oak Point Avenue
Bronx, New York  10474

LANGAN ENGINEERING &
ENVIRONMENTAL SERVICES, INC.
360 West 31st Street
New York, New York  10001

F.J. Sciame Construction Co., Inc.
80 South Street
New York, New York  10038

Dated: New York
        August 3, 2007

                                                                 BILL P. CHIMOS (BC-9381)