UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HARTFORD FIRE INSURANCE COMPANY as   07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                Plaintiff,       **CERTIFICATE OF SERVICE**

    -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                Defendants.
------------------------------------------------------------------ X
STATE OF NEW YORK    )
                               : ss.
COUNTY OF NEW YORK  )

      I, BILL P. CHIMOS, hereby certify and affirm that a true and correct copy of the attached **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION OF HARTFORD FIRE INSURANCE COMPANY** was served via ECF and Regular Mail on July 31, 2007, upon the following:

Michael B. Golden
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York 10022

GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004

MAYRICH CONSTRUCTION CORP.
1141 Oak Point Avenue
Bronx, New York 10474

LANGAN ENGINEERING &
ENVIRONMENTAL SERVICES, INC.
360 West 31st Street
New York, New York 10001

F.J. Sciame Construction Co., Inc.
80 South Street
New York, New York 10038

Dated: New York
       August 3, 2007

                                              BILL P. CHIMOS (BC-9381)