UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

HARTFORD FIRE INSURANCE COMPANY as
subrogor of Lycee Francais De New York,

        07 Civ. 4084 (SHS) (AJP)

      Plaintiff,

        **CERTIFICATE OF SERVICE**

   -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

      Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK  )
         : ss.
COUNTY OF NEW YORK )

   I, BILL P. CHIMOS, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** was served via ECF and Regular Mail on July 31, 2007, upon the following:

Michael B. Golden
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York 10022

GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004

Michael J. Pearsall, Esq.
THE LAW OFFICES OF EDWARD GARFINKEL
110 William Street
New York, New York 10038

Gilbert L. Lee, Esq.
STERN & MONTANA, LLP
Trinity Center
115 Broadway
New York, New York 10006

Dated: New York
   August 3, 2007

                 BILL P. CHIMOS (BC-9381)