**ZETLIN & DE CHIARA, LLP**
*Attorneys for Defendant*
*Polshek Partnership LLP*
801 Second Avenue
New York, New York 10017
Telephone: (212) 682-6800
Bill Chimos (BC-9381)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HARTFORD FIRE INSURANCE COMPANY as       07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                              Plaintiff,

                -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                             Defendants.
------------------------------------------------------------------ X

**DEFENDANT POLSHEK PARTNERSHIP LLP'S**
**RULE 26(a)(1) INITIAL DISCLOSURES**

Defendant Polshek Partnership LLP ("Polshek") makes the following disclosures pursuant to Rules 26(a)(1) of the Federal Rules of Civil Procedure:

**A.**    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**
         **THAT MAY BE USED TO SUPPORT POLSHEK'S CLAIMS AND DEFENSES**

Polshek's Initial Disclosure is made without the benefit of any discovery. Polshek reserves the right to amend its disclosures to add additional witnesses. Polshek also accepts as accurate the identification of witnesses made by other parties to the action.

B.  **CATEGORIES AND LOCATION OF DOCUMENTS**

Documents related to the agreement between Polshek and The Lycee Francais de New York. All of the aforesaid documents are located at the office maintained by Polshek at the following address:

> 320 West 13th Street
> New York, New York 10014

C.  **COMPUTATION OF DAMAGES**

Polshek claims damages only to the extent that Polshek is held liable to Plaintiff for injuries resulting from negligence on the part of Defendants Mayrich Construction Corp., Langan Engineering & Environmental Services, Inc., F.J. Sciame Construction Co., Inc., and/or Cantor Seinuk Group, Inc.

D.  **INSURANCE**

Polshek maintained Design Professionals Liability Insurance with CNA under Policy Number AEA-113801972 effective from 11/14/05 to 11/14/06. The policy provides a $5,000,000 per claim limit of liability.

Polshek reserves the right to amend its disclosures pursuant to the requirements of the Federal Rules of Civil Procedure.

Dated: New York, New York
August 7, 2007

ZETLIN & DE CHAIRA, LLP

By: *Bill Chimos*
Bill Chimos (BC-9381)
*Attorneys for Defendant Polshek Partnership LLP*
801 Second Avenue
New York, New York 10017
(212) 682-6800

TO:   SEE SERVICE LIST

**SERVICE LIST**

Michael B. Golden, Esq.
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York 10022
Tel: 212-451-2900
Fax: 212-451-2909
Email: mgolden@rc.com
*Attorneys for Plaintiff and Counter*
*Defendant Hartford Fire Insurance Company*

Elaine Caryn Gangel, Esq.
GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004
Tel: 212-422-9424
Fax: 212-422-9429
Email: ecg@gogick.com
*Attorneys for Defendant, Cross Claimant*
*and Cross Defendant Cantor Seinuk Group, Inc.*

Michael J. Pearsall, Esq.
THE LAW OFFICES OF EDWARD GARFINKEL
110 William Street
New York, New York 10038
Tel: 212-809-9000
Fax: 212-344-8263
Email: Michael.pearsall@aig.com
*Attorneys for Defendants and Cross Defendants*
*Mayrich Construction Corp. and F.J. Sciame*
*Construction Co., Inc.*

Gilbert L. Lee, Esq.
STERN & MONTANA, LLP
Trinity Center
115 Broadway
New York, New York 10006
Tel: 212-532-8100
Fax: 212-532-7271
Email: gilbert.lee@sdma.com
*Attorneys for Defendant, Cross Defendant*
*and Cross Claimant Langan Engineering &*
*Environmental Services, Inc.*