UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
HARTFORD FIRE INSURANCE COMPANY
a/s/o Lycee Francais de New York,

                              07Civ4084

        Plaintiff,

                              REPLY TO CROSS-CLAIMS

  -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP and CANTOR
SEINUK GROUP, INC.,

        Defendants.
-----------------------------------

      Defendant, Cantor Seinuk Group, Inc., by its attorneys Gogick, Byrne & O'Neill, LLP, as and for its reply to the cross-claim of the defendants Mayrich Construction Corp. and F.J. Sciame Construction Co, Inc. sets forth as follows:

      1.   Denies each and every allegation contained in the Cross-Claims of defendants Mayrich Construction Corp. and F.J. Sciame Construction Co, Inc.

Dated: August 13, 2007
       New York, New York

                              GOGICK, BYRNE & O'NEILL, LLP
                              Attorneys for Defendant
                              Cantor Seinuk Group, Inc.

                    By: _____
                           Elaine C. Gangel (6775)
                           11 Broadway, Suite 1560
                           (212) 422-9424

P:\700\759-13R\Legal\Reply to Cross-claims 8-2-07.doc

TO:

Michael B. Golden
Robinson & Cole LLP
885 Third Avenue
Suite 2800
New York, NY 10022
Tel: 212-451-2900
Fax: 212-451-2999
mgolden@rc.com
Direct: 212-451-2911
Attorneys for The Hartford

Mayrich Construction Corp.
1141 Oak Point Avenue
Bronx, NY 10474

Langan Engineering &
Environmental Services, Inc.
360 West 31st Street
New York, NY 10001

F.J. Sciame Construction Co., Inc.
80 South Street
New York, NY 10038

Polshek Partnership, LLP
320 West 13th Street
New York, NY 10014