UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
HARTFORD FIRE INSURANCE COMPANY as
subrogor of Lycee Francais De New York,

                               Plaintiff,

            -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                               Defendants.
------------------------------------------------------------------- X

07 Civ. 4084 (SHS) (AJP)

**POLSHEK PARTNERSHIP, LLP'S REPLY TO MAYRICH CONSTRUCTION CORP. AND F.J. SCIAME CONSTRUCTION CO. INC.'S CROSS-CLAIMS**

       Defendant Polshek Partnership, LLP ("Polshek"), by its attorneys Zetlin & De Chiara LLP, as and for its Reply to the Cross-Claims of Defendants Mayrich Construction Corp. ("Mayrich") and F.J. Sciame Construction Co., Inc. ("Sciame") respectfully alleges and says as follows:

### ANSWER TO MAYRICH AND SCIAME'S CROSS-CLAIM FOR CONTRIBUTION AND/OR INDEMNIFICATION AGAINST CO-DEFENDANTS LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC., POLSHEK PARTNERSHIP, LLP AND CANTOR SEINUK GROUP, INC.

      1.    Denies each and every allegation contained in the first Cross-Claim of Mayrich and Sciame's Answer to the Complaint ("Answer") for contribution and/or indemnification against the co-defendants to the extent they are directed at Polshek and denies knowledge or information sufficient to form a belief as to the truth of the balance of the allegations contained in the first Cross-Claim.

### ANSWER TO MAYRICH AND SCIAME'S CROSS-CLAIM FOR INDEMNIFICATION AGAINST CO-DEFENDANTS LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC., POLSHEK PARTNERSHIP, LLP AND CANTOR SEINUK GROUP, INC.

2. Denies each and every allegation contained in the second Cross-Claim of Mayrich and Sciame's Answer for indemnification against the co-defendants to the extent they are directed at Polshek and denies knowledge or information sufficient to form a belief as to the truth of the balance of the allegations contained in the second Cross-Claim.

### ANSWER TO MAYRICH AND SCIAME'S CROSS-CLAIM FOR INDEMNIFICATION AGAINST CO-DEFENDANTS LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC., POLSHEK PARTNERSHIP, LLP AND CANTOR SEINUK GROUP, INC.

3. Denies each and every allegation contained in the third Cross-Claim of the Mayrich and Sciame's Answer for indemnification against the co-defendants to the extent they are directed at Polshek and denies knowledge or information sufficient to form a belief as to the truth of the balance of the allegations contained in the third Cross-Claim.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Court lacks subject matter jurisdiction over this controversy.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Mayrich and Sciame's Cross-Claims fail to state a claim upon which relief may be granted.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Mayrich and Sciame's Cross-Claims against Polshek are barred by Mayrich and Sciame's contributory negligence.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Some or all of Mayrich and Sciame's Cross-Claims against Polshek are barred by the applicable Statute of Limitations.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Mayrich and Sciame's Cross-Claims against Polshek are barred, in whole or in part, by payment, waiver, laches, estoppel and/or release.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Whatever damages Mayrich and Sciame may have sustained or may sustain, as alleged in the Cross-Claims, all of which are denied by Polshek, were or will have been caused in whole or in part by the culpable conduct of Mayrich and Sciame and/or other parties. The amount of damages recovered, if any, shall therefore be diminished in the proportion which the culpable conduct, attributable to Mayrich and Sciame and/or such other parties bears to the culpable conduct which caused these alleged damages.

### AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

The damages alleged in Mayrich and Sciame's Cross-Claims against Polshek were caused or will be caused by the culpable conduct of some third person or persons over whom Polshek neither had nor exercised control.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

Mayrich and Sciame's Cross-Claims are barred because they lack of privity with Polshek or the functional equivalent thereof.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

Mayrich and Sciame's cross-claims are barred by the terms of Polshek's agreement for the Project.

**WHEREFORE**, Defendant Polshek demands judgment,

(a) Dismissing Mayrich and Sciame's Cross-Claims in their entirety;

(b) Awarding Polshek all its attorneys' fees, disbursements, and costs incurred in defending Mayrich and Sciame's Cross-Claims; and

(c) Granting such other and further relief as to this Court seems just and proper.

Dated: New York, New York
August 17, 2007

                          ZETLIN & DE CHIARA LLP

                          By: _____
                              Bill P. Chimos, Esq. (BC-9381)
                              Attorneys for Defendant
                              Polshek Partnership LLP
                              801 Second Avenue
                              New York, NY 10017
                              (212) 682-6800

TO: SEE ATTACHED SERVICE LIST

## SERVICE LIST

Michael B. Golden, Esq.
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York  10022
Tel: 212-451-2900
Fax: 212-451-2909
Email: mgolden@rc.com
*Attorneys for Plaintiff and Counter
Defendant Hartford Fire Insurance Company*

Elaine Caryn Gangel, Esq.
GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York  10004
Tel: 212-422-9424
Fax: 212-422-9429
Email: ecg@gogick.com
*Attorneys for Defendant, Cross Claimant
and Cross Defendant Cantor Seinuk Group, Inc.*

Michael J. Pearsall, Esq.
THE LAW OFFICES OF EDWARD GARFINKEL
110 William Street
New York, New York 10038
Tel: 212-809-9000
Fax: 212-344-8263
Email: Michael.pearsall@aig.com
*Attorneys for Defendants and Cross Defendants
Mayrich Construction Corp. and F.J. Sciame
Construction Co., Inc.*

Gilbert L. Lee, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Tel: 212-422-0202
Fax: 212-4220925
Email: gilbert.lee@sdma.com
*Attorneys for Defendant, Cross Defendant
and Cross Claimant Langan Engineering &
Environmental Services, Inc.*