UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
HARTFORD FIRE INSURANCE COMPANY as
subrogor of Lycee Francais De New York,

                Plaintiff,

-against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                Defendants.
-------------------------------------------------------------------- X

07 Civ. 4084 (SHS) (AJP)

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK    )
                           : ss.
COUNTY OF NEW YORK  )

      I, BILL P. CHIMOS, hereby certify and affirm that a true and correct copy of the attached **POLSHEK PARTNERSHIP LLP'S REPLY TO CANTOR SEINUK GROUP INC.'S CROSS-CLAIMS** was served via ECF and Regular Mail on August 7, 2007, upon the following:

Michael B. Golden
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York 10022

Michael J. Pearsall, Esq.
THE LAW OFFICES OF EDWARD GARFINKEL
110 William Street
New York, New York 10038

GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004

Gilbert L. Lee, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004

Dated: New York
       August 17, 2007

                                            BILL P. CHIMOS (BC-9381)