UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY
a/s/o Lycee Francais de New York,

                              Plaintiff,

         -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES, INC.,
F.J. SCIAME CONSTRUCTION CO., INC., POLSHEK
PARTNERSHIP, LLP AND CANTOR SEINUK GROUP,
INC.,

                              Defendants.

------------------------------------------------------------------X

CIVIL ACTION NO.
CV 07-4084 (SHS) (AJP)

### DEFENDANT LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC.'S ANSWER TO CROSS-CLAIMS OF DEFENDANTS MAYRICH CONSTRUCTION CORP. AND F.J. SCIAME CONSTRUCTION CO., INC. WITH CROSS-CLAIM

Defendant, Langan Engineering & Environmental Services, Inc. ("Langan"), by its attorneys, Sedgwick, Detert, Moran & Arnold LLP, as and for its Answer to the Cross-Claims of Defendants, Mayrich Construction Corp. ("Mayrich") and F.J. Sciame Construction Co., Inc. ("Sciame"), alleges upon information and belief as follows:

### ANSWERING THE CROSS-CLAIM FOR CONTRIBUTION AND/OR INDEMNIFICATION AGAINST ALL CO-DEFENDANTS

FIRST: Langan denies the allegations contained in Mayrich and Sciame's cross-claim for contribution and/or indemnification to the extent they are directed against it, otherwise, Langan lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Mayrich and Sciame's cross-claim.

## ANSWERING THE CROSS-CLAIM FOR INDEMNIFICATION AGAINST ALL CO-DEFENDANTS

SECOND:   Langan denies the allegations contained in Mayrich and Sciame's cross-claim for indemnification to the extent they are directed against it, otherwise, Langan lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Mayrich and Sciame's cross-claim.

## ANSWERING THE CROSS-CLAIM FOR INDEMNIFICATION AGAINST ALL CO-DEFENDANTS

THIRD:   Langan denies the allegations contained in Mayrich and Sciame's cross-claim for indemnification to the extent they are directed against it, otherwise, Langan lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Mayrich and Sciame's cross-claim.

## FIRST AFFIRMATIVE DEFENSE

FOURTH:   Langan hereby incorporates and adopts by reference each and every applicable Affirmative Defense asserted in its Answer to the Complaint of Plaintiff, Hartford Fire Insurance Company a/s/o Lycee Francais de New York.

## SECOND AFFIRMATIVE DEFENSE

FIFTH:   The Cross-Claims fail to state a cause of action upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

SIXTH:   Langan pleads the failure to join necessary parties, and the intervening negligence and intervening causation of persons not a party to this action as a partial or complete bar to all causes of action asserted in the Cross-Claims.

## FOURTH AFFIRMATIVE DEFENSE

SEVENTH:    Langan will rely upon any and all other further defenses that become available or appear during discovery proceedings in this action and Langan hereby specifically reserve the right to amend its Answer to the Cross-Claims for the purposes of asserting any such additional affirmative defense.

## AS AND FOR A CROSS-CLAIM FOR CONTRIBUTION AND/OR INDEMNIFICATION AGAINST DEFENDANTS MAYRICH CONSTRUCTION CORP. AND F.J. SCIAME CONSTRUCTION CO., INC.

EIGHTH:    If Plaintiff sustained damages in the manner alleged in the Complaint, all of which is denied by Langan, such damages were caused in whole or in part by reason of the negligence and/or culpable conduct by Mayrich, Sciame and/or other parties, and not as a result of any negligence or culpable conduct on the part of Langan.

NINTH:    By reason of the foregoing, Langan is entitled to indemnification and/or contribution from, and to have judgment over and against, Mayrich and/or Sciame, for all or part of any verdict or judgment that Plaintiff may recover against Langan, including any and all attorneys' fees, costs and disbursements incurred by Langan.

WHEREFORE, the Defendant, Langan Engineering & Environmental Services, Inc., hereby demands judgment dismissing the cross-claims of Defendants, Mayrich Construction Corp. and F.J. Sciame Construction Co., Inc., or in the event Plaintiff recovers a judgment against Langan, then Langan demands judgment over against Mayrich and/or Sciame, together with attorneys' fees, costs and disbursements of this action and such other and further relief as the Court deems just and proper.

Dated: New York, New York
       August 20, 2007

        Yours, etc.,

        SEDGWICK, DETERT, MORAN & ARNOLD LLP

        By: _____

        Gilbert L. Lee, Esq. (GL-4014)
        Lawrence Klein, Esq. (LK-2875)
        125 Broad Street, 39th Floor
        New York, New York 10004
        Telephone: (212) 422-0202
        Facsimile: (212) 422-0925
        Attorneys for Defendant
        Langan Engineering & Environmental Services,
        Inc.

To:    Michael B. Golden, Esq.
       Robinson & Cole LLP
       Attorneys for Plaintiff Hartford Fire Insurance Company
       a/s/o Lycee Francais de New York
       885 Third Avenue, 28th Floor
       New York, New York 10022
       (212) 451-2900

       Bill P. Chimos, Esq.
       Zetlin & Dechiara LLP
       Attorneys for Defendant Polshek Partnership, LLP
       801 2nd Avenue
       New York, New York 10017
       (212) 682-6800

       Elaine Caryn Gangel, Esq.
       Gogick, Byrne & O'Neil, LLP
       Attorneys for Defendant Cantor Seinuk Group, Inc.
       11 Broadway
       Suite 1560
       New York, New York 10004
       (212) 422-9424

Michael J. Pearsall, Esq.
The Law Offices of Edward Garfinkel
Attorneys for Defendants Mayrich Construction Corp. and
F.J. Sciame Construction Co., Inc.
110 William Street
New York, New York 10038
(212) 809-9000