## CERTIFICATE OF SERVICE

I, Gilbert L. Lee, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC.'S ANSWER TO CROSS-CLAIMS OF DEFENDANTS MAYRICH CONSTRUCTION CORP. AND F.J. SCIAME CONSTRUCTION CO., INC. WITH CROSS-CLAIM** was served **ECF and Regular Mail** on August 20, 2007, upon the following:

To:    Michael B. Golden, Esq.
Robinson & Cole LLP
Attorneys for Plaintiff Hartford Fire Insurance Company
a/s/o Lycee Francais de New York
885 Third Avenue, 28th Floor
New York, New York 10022
(212) 451-2900

Bill P. Chimos, Esq.
Zetlin & Dechiara LLP
Attorneys for Defendant Polshek Partnership, LLP
801 2nd Avenue
New York, New York 10017
(212) 682-6800

Elaine Caryn Gangel, Esq.
Gogick, Byrne & O'Neil, LLP
Attorneys for Defendant Cantor Seinuk Group, Inc.
11 Broadway
Suite 1560
New York, New York 10004
(212) 422-9424

Michael J. Pearsall, Esq.
The Law Offices of Edward Garfinkel
Attorneys for Defendants Mayrich Construction Corp. and
F.J. Sciame Construction Co., Inc.
110 William Street
New York, New York 10038
(212) 809-9000

Dated:  New York
August 20, 2007

GILBERT L. LEE (GL-4014)