**ZETLIN & DE CHIARA, LLP**
*Attorneys for Defendant*
*Polshek Partnership LLP*
801 Second Avenue
New York, New York 10017
Telephone: (212) 682-6800
Bill Chimos (BC-9381)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

HARTFORD FIRE INSURANCE COMPANY as
subrogor of Lycee Francais De New York,

       Plaintiff,

  -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

       Defendants.
------------------------------------------------------------------ X

07 Civ. 4084 (SHS) (AJP)

**DEFENDANT POLSHEK PARTNERSHIP LLP'S
RESPONSE TO MAYRICH CONSTRUCTION CORP. AND F.J. SCIAME
CONSTRUCTION CO., INC.'S NOTICE TO PRODUCE PURSUANT TO RULE 26**

Defendant Polshek Partnership LLP ("Polshek") by its attorneys Zetlin & De Chiara LLP, submits the following as and for its response to Defendants Mayrich Construction Corp. and F.J. Sciame Construction Co., Inc.'s Notice to Produce Pursuant to Rule 26, dated July 26, 2007:

**TO ALL PARTIES:**

1. Identify each person whom you expect to call as an expert witness at trial;
2. Disclose in reasonable detail the subject matter on which each expert is expected to testify;
3. Disclose the substance of the facts on which each expert is expected to testify;

4. Disclose the substance of the opinions on which each expert is expected to testify;
5. Disclose the qualifications of each expert witness;
6. Set forth a summary of the grounds for each expert's opinion.

*RESPONSE:*

1-6. Polshek has not, at present, determined what expert, if any, it will call at the trial of the within action. Moreover, this request seeks information that is protected from disclosure pursuant to the attorney-client privilege, work product doctrine, and other applicable privileges. Lastly, this request is premature in that it seeks information not yet available or within the knowledge of Polshek. Notwithstanding these objections, Polshek will produce all responsive and non-privileged documents/information, if and when Polshek retains an expert for this matter. Polshek will supplement its response to these requests as and when required pursuant to the Federal Rules of Civil Procedure, the Local Rules for the Southern District of New York and any scheduling Order entered by the Court.

Dated: New York, New York
August 23, 2007

ZETLIN & DE CHIARA, LLP

By: _____
Bill Chimos (BC-9381)
Attorneys for Defendant Polshek Partnership LLP
801 Second Avenue
New York, New York 10017
(212) 682-6800

TO: SEE SERVICE LIST

2