UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

HARTFORD FIRE INSURANCE COMPANY as                         07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                    Plaintiff,

                                          **CERTIFICATE OF SERVICE**

      -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                    Defendants.
-------------------------------------------------------------------- X

STATE OF NEW YORK      )
                          : ss.
COUNTY OF NEW YORK    )

        I, BILL P. CHIMOS, hereby certify and affirm that a true and correct copy of the
attached **DEFENDANT POLSHEK PARTNERSHIP LLP'S RESPONSE TO MAYRICH
CONSTRUCTION CORP. AND F.J. SCIAME CONSTRUCTION CO., INC.'S NOTICE
TO PRODUCE INSURANCE INFORMATION PURSUANT TO RULE 26** was served via
ECF and Regular Mail on August 24, 2007, upon the following:

Michael B. Golden                                    GOGICK, BYRNE & O'NEILL, LLP
ROBINSON & COLE LLP                                  11 Broadway, Suite 1560
885 Third Avenue, Suite 2800                         New York, New York  10004
New York, New York  10022

Michael J. Pearsall, Esq.                            Gilbert L. Lee, Esq.
THE LAW OFFICES OF EDWARD                            SEDGWICK, DETERT, MORAN &
GARFINKEL                                            ARNOLD LLP
110 William Street                                   125 Broad Street, 39th Floor
New York, New York 10038                             New York, New York 10004


Dated: New York, New York
        August 24, 2007

                                     BILL P. CHIMOS (BC-9381)