**ZETLIN & DE CHIARA, LLP**
*Attorneys for Defendant*
*Polshek Partnership LLP*
801 Second Avenue
New York, New York 10017
Telephone: (212) 682-6800
Bill Chimos (BC-9381)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HARTFORD FIRE INSURANCE COMPANY as            07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                      Plaintiff,

        -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                      Defendants.
------------------------------------------------------------------ X

**DEFENDANT POLSHEK PARTNERSHIP LLP'S**
**RESPONSE TO MAYRICH CONSTRUCTION CORP. AND F.J. SCIAME**
**CONSTRUCTION CO., INC.'S NOTICE TO PRODUCE PURSUANT TO RULE 26**

        Defendant Polshek Partnership LLP ("Polshek") by its attorneys Zetlin & De Chiara LLP, submits the following as and for its response to Defendants Mayrich Construction Corp. and F.J. Sciame Construction Co., Inc.'s Notice to Produce Pursuant to Rule 26, dated July 26, 2007:

**TO ALL PARTIES:**

        A)    The names and addresses of all witnesses to the accident whether obtained by investigation or otherwise.

        B)    The names and addresses of any and all notice witnesses to the alleged defective condition set forth in the Complaint.

*RESPONSE*

A-B) Polshek objects to these requests as overly broad, unduly burdensome and not reasonably tailored to lead to the production of admissible evidence. Subject to and without waiving this objection, other than the parties to this litigation, Polshek is not aware of any witnesses to the accident or any notice witnesses to the alleged defective condition.

Polshek reserves the right to amend its disclosures pursuant to the requirements of the FRCP.

Dated:  New York, New York
        August 23, 2007

                                        **ZETLIN & DE CHIARA, LLP**

                                        By: _____
                                            Bill Chimos (BC-9381)
                                            *Attorneys for Defendant Polshek Partnership LLP*
                                            801 Second Avenue
                                            New York, New York 10017
                                            (212) 682-6800

TO:   SEE SERVICE LIST

2