**ZETLIN & DE CHIARA, LLP**
*Attorneys for Defendant*
*Polshek Partnership LLP*
801 Second Avenue
New York, New York 10017
Telephone: (212) 682-6800
Bill Chimos (BC-9381)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
HARTFORD FIRE INSURANCE COMPANY as          07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                              Plaintiff,

        -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                             Defendants.
------------------------------------------------------------------------ X

### DEFENDANT POLSHEK PARTNERSHIP LLP'S RESPONSE TO MAYRICH CONSTRUCTION CORP. AND F.J. SCIAME CONSTRUCTION CO., INC.'S NOTICE TO PRODUCE PURSUANT TO RULE 26

        Defendant Polshek Partnership LLP ("Polshek") by its attorneys Zetlin & De Chiara LLP, submits the following as and for its response to Defendants Mayrich Construction Corp. and F.J. Sciame Construction Co., Inc.'s Notice to Produce Pursuant to Rule 26, dated July 26, 2007:

**TO ALL PARTIES:**

        The names of the attorney(s) for each party in this litigation.

        *RESPONSE:*

                Polshek objects to this request as overly broad, unduly burdensome and not

reasonably tailored to lead to the production of admissible evidence. Polshek also objects to this request on the grounds that this information should be requested from the plaintiff and is already in the possession of Mayrich and Sciame. Notwithstanding these objections, the names of the attorneys for each party in this litigation that have appeared to date, are:

Michael B. Golden, Esq.
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York 10022
*Attorneys for Plaintiff Hartford Fire Insurance Company*

Elaine Caryn Gangel, Esq.
GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004
*Attorneys for Defendant Cantor Seinuk Group, Inc.*

Michael J. Pearsall, Esq.
THE LAW OFFICES OF EDWARD GARFINKEL
110 William Street
New York, New York 10038
*Attorneys for Defendants*
*Mayrich Construction Corp. and F.J. Sciame*
*Construction Co., Inc.*

Gilbert L. Lee, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
*Attorneys for Defendant Langan Engineering &*
*Environmental Services, Inc.*

Bill Chimos, Esq.
ZETLIN & DE CHIARA LLP
801 Second Avenue
New York, New York 10017
Tel: (212) 682-6800
*Attorneys for Defendant Polshek Partnership LLP*

2

Polshek reserves the right to amend its disclosures pursuant to the requirements of the FRCP.

Dated: New York, New York
August 23, 2007

ZETLIN & DE CHIARA, LLP

By: _____
Bill Chimos (BC-9381)
*Attorneys for Defendant Polshek Partnership LLP*
801 Second Avenue
New York, New York 10017
(212) 682-6800

TO:   SEE SERVICE LIST