UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
HARTFORD FIRE INSURANCE COMPANY as          07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                                        **NOTICE OF APPEARANCE**

                          Plaintiff,

        -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                         Defendants.
------------------------------------------------------------------- X

To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for Defendant Polshek Partnership, LLP.

        I certify that I am admitted to practice in this court.


Dated: New York, New York
       September 5, 2007

                                              ZETLIN & DE CHIARA LLP

                                              By: _____
                                                 Simone Kim, Esq. (SK 7878)
                                                 *Attorneys for Defendant*
                                                 *Polshek Partnership LLP*
                                                 801 Second Avenue
                                                 New York, NY 10017
                                                 Skim@zdlaw.com
                                                 (212) 682-6800


TO:    SEE ATTACHED SERVICE LIST

## SERVICE LIST

Michael B. Golden, Esq.
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York 10022
Tel: 212-451-2900
Fax: 212-451-2909
Email: mgolden@rc.com
*Attorneys for Plaintiff and Counter
Defendant Hartford Fire Insurance Company*

Elaine Caryn Gangel, Esq.
GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004
Tel: 212-422-9424
Fax: 212-422-9429
Email: ecg@gogick.com
*Attorneys for Defendant, Cross Claimant
and Cross Defendant Cantor Seinuk Group, Inc.*

Michael J. Pearsall, Esq.
THE LAW OFFICES OF EDWARD GARFINKEL
110 William Street
New York, New York 10038
Tel: 212-809-8000
Fax: 212-344-8263
Email: Michael.pearsall@aig.com
*Attorneys for Defendants and Cross Defendants
Mayrich Construction Corp. and F.J. Sciame
Construction Co., Inc.*

Gilbert L. Lee, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Tel: 212-422-0202
Fax: 212-4220925
Email: gilbert.lee@sdma.com
*Attorneys for Defendant, Cross Defendant
and Cross Claimant Langan Engineering &
Environmental Services, Inc.*