UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
HARTFORD FIRE INSURANCE COMPANY as
subrogor of Lycee Francais De New York,

         Plaintiff,

   -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

         Defendants.
------------------------------------------------------------------- X

07 Civ. 4084 (SHS) (AJP)

**POLSHEK PARTNERSHIP LLP'S REPLY TO LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC.'S CROSS-CLAIM**

    Defendant Polshek Partnership, LLP ("Polshek"), by its attorneys Zetlin & De Chiara LLP, as and for its Reply to the Cross-claim of Defendant Langan Engineering & Environmental Services, Inc. ("Langan"), respectfully alleges and says as follows:

### ANSWER TO LANGAN'S CROSS-CLAIM

    1.  Denies each and every allegation contained in Paragraph 7 of Langan's Answer to Cross-claim of Defendant Polshek with Cross-claim ("Langan's Cross-claim") to the extent they are directed at Polshek and denies knowledge or information sufficient to form a belief as to the truth of the balance of the allegations contained in Paragraph 7 of Langan's Cross-claim.

    2.  Denies each and every allegation contained in Paragraph 8 of Langan's Cross-claim.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

    The Court lacks subject matter jurisdiction over this controversy.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Langan's Cross-claim fails to state a claim upon which relief may be granted.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Langan's Cross-claim against Polshek is barred by Langan's contributory negligence.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Langan's Cross-claim against Polshek is barred by the applicable Statute of Limitations.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Langan's Cross-claim against Polshek is barred, in whole or in part, by payment, waiver, laches, estoppel and/or release.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Whatever damages Plaintiff may have sustained or may sustain, as alleged in the Cross-claim, all of which are denied by Polshek, were or will have been caused in whole or in part by the culpable conduct of Langan and/or other parties. The amount of damages recovered, if any, shall therefore be diminished in the proportion with the culpable conduct, attributable to Langan and/or such other parties bear to the culpable conduct which caused these alleged damages.

### AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

The damages alleged in Langan's Cross-claim against Polshek were caused or will be caused by the culpable conduct of some third person or persons over whom Polshek neither had nor exercised control.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

Langan's Cross-claim is barred because is lacks privity with Polshek or the functional equivalent thereof.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

Langan's Cross-claim is barred by the terms of Polshek's agreement for the Project.

**WHEREFORE**, Defendant Polshek demands judgment,

(a) Dismissing Langan's Cross-claim in its entirety;

(b) Awarding Polshek all its attorneys' fees, disbursements, and costs incurred in defending Langan's Cross-claim; and

(c) Granting such other and further relief as to this Court seems just and proper.

Dated: New York, New York
September 10, 2007

ZETLIN & DE CHIARA LLP

By: _____
Bill P. Chimos, Esq. (BC-9381)
*Attorneys for Defendant*
*Polshek Partnership LLP*
801 Second Avenue
New York, NY 10017
(212) 682-6800

TO:   SEE ATTACHED SERVICE LIST

**SERVICE LIST**

Michael B. Golden, Esq.
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York 10022
Tel: 212-451-2900
Fax: 212-451-2909
Email: mgolden@rc.com
*Attorneys for Plaintiff and Counter*
*Defendant Hartford Fire Insurance Company*

Elaine Caryn Gangel, Esq.
GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004
Tel: 212-422-9424
Fax: 212-422-9429
Email: ecg@gogick.com
*Attorneys for Defendant, Cross Claimant*
*and Cross Defendant Cantor Seinuk Group, Inc.*

Michael J. Pearsall, Esq.
THE LAW OFFICES OF EDWARD GARFINKEL
110 William Street
New York, New York 10038
Tel: 212-809-8000
Fax: 212-344-8263
Email: Michael.pearsall@aig.com
*Attorneys for Defendants and Cross Defendants*
*Mayrich Construction Corp. and F.J. Sciame*
*Construction Co., Inc.*

Gilbert L. Lee, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Tel: 212-422-0202
Fax: 212-4220925
Email: gilbert.lee@sdma.com
*Attorneys for Defendant, Cross Defendant*
*and Cross Claimant Langan Engineering &*
*Environmental Services, Inc.*