UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HARTFORD FIRE INSURANCE COMPANY as             07 Civ. 4084 (SHS) (AJP)
subrogor of Lycee Francais De New York,

                Plaintiff,

                                                                            **CERTIFICATE OF SERVICE**

          -against-

MAYRICH CONSTRUCTION CORP., LANGAN
ENGINEERING & ENVIRONMENTAL SERVICES,
INC., F.J. SCIAME CONSTRUCTION CO., INC.,
POLSHEK PARTNERSHIP, LLP & CANTOR
SEINUK GROUP, INC.,

                Defendants.
------------------------------------------------------------------ X
STATE OF NEW YORK         )
                                   : ss.
COUNTY OF NEW YORK    )

       I, **BILL P. CHIMOS,** hereby certify and affirm that a true and correct copy of the attached **POLSHEK PARTNERSHIP LLP'S FIRST INTERROGATORIES TO PLAINTIFF** was served via ECF and Regular Mail on September 20, 2007, upon the following:

Michael B. Golden
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, New York 10022

GOGICK, BYRNE & O'NEILL, LLP
11 Broadway, Suite 1560
New York, New York 10004

Michael J. Pearsall, Esq.
THE LAW OFFICES OF EDWARD
GARFINKEL
110 William Street
New York, New York 10038

Gilbert L. Lee, Esq.
SEDGWICK, DETERT, MORAN &
ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004

Dated: New York, New York
         September 20, 2007

                                                       BILL P. CHIMOS (BC-9381)