MICHAEL B. GOLDEN

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
mgolden@rc.com
Direct (212) 451-2911

December 28, 2007

*Via Facsimile 212-805-7933*

**MEMO ENDORSED**

Magistrate Judge Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Hartford Fire Insurance Company a/s/o Lycee Francais De New York v. Mayrich Construction Corp., et al.**
**United States District Court, Southern District of New York**
**Case No.: 07 Civ. 4084 (SHS)(AJP)**

Dear Judge Peck:

We represent plaintiff and are writing because we need the Court's assistance in connection with discovery, which is now stalled.

As a preliminary matter, at a pre-trial conference held on November 5, 2007 Your Honor set January 31, 2008 as the fact discovery deadline. The next status conference is scheduled for Monday, January 7, 2008 at 9:30 a.m.

1. Defendants have not made themselves available for depositions. We have been requesting that each defendant provide us with dates on which they will be available for their 30(b)(6) depositions which, as agreed, will be in the order in which named in the caption. To date, we have received not a single date,[1] and counsel for defendant Langan Engineering & Environmental is refusing to produce his client for a deposition.

In light of the upcoming discovery deadline, we would ask that Your Honor "so order" the following deposition schedule, with depositions to commence at 10:00 a.m. in the office of the attorney representing the relevant defendant and with the stipulation that the dates can be changed (within the discovery period) upon agreement by all counsel.

[1] A couple of attorneys promised to supply dates in the near future, but we are not comfortable waiting any longer in view of the discovery cutoff.

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA
*www.rc.com*

NEWY1-633857-2

Magistrate Judge Andrew J. Peck
December 28, 2007
Page 2

| Defendant | Date |
|---|---|
| Mayrich Construction Corp. | Tuesday, January 8 |
| F.J. Sciame Construction Co. Inc. | Thursday, January 10 |
| Langan Engineering & Environmental Services, Inc. | Monday, January 14 |
| Polshek Partnership, LLP | Tuesday, January 22 |
| Cantor Seinuk Group, Inc. | Thursday, January 24 |

2. Defendant Mayrich Construction has so far not produced any documents and has not responded to our formal document demand dated September 7, 2007. Mayrich's counsel has recently advised that he has received documents from his client and will respond to our demand. Nonetheless, we request that the Court strike Mayrich's answer if such documents are not received in our office at least three full business days prior to Mayrich's deposition.

Respectfully submitted,

Michael B. Golden

MBG:kc
cc: Elaine C. Gangel, Esq. (via email: ecg@gogick.com)
Gilbert L. Lee, Esq. (via email: gilbert.lee@sdma.com)
Chad Sjoquist, Esq. (via email: CSjoquist@ZDLAW.com)
Michael J. Pearsall, Esq. (via email: Michael.pearsall@aig.com)
Melissa Savage, Esq. (via email)

MEMO ENDORSED 1/2/08

BY FAX

1. The depo dates in the letter are APPROVED.
2. [illegible]
3. [illegible]
4. [illegible]

SO ORDERED:

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.: (212) 805-7933**
**Telephone No.: (212) 805-0036**

**Dated: January 2, 2008** **Total Number of Pages: 3**

| TO | FAX NUMBER |
|---|---|
| Michael B. Golden, Esq. | 212-451-2999 |
| Chad E. Sjoquist, Esq. | 212-682-6861 |
| Michael J. Pearsall, Esq. | 212-344-8263 |
| Gilbert L. Lee, Esq. | 212-422-0925 |
| Elaine Caryn Gangel, Esq. | 212-422-9429 |

## TRANSCRIPTION:

**MEMO ENDORSED 1/2/08**

1. **The depo dates in #1 above are APPROVED.**
2. **Mayrich to produce its documents before its depo.**
3. **Plaintiff to produce another one or more 30(b)(6) depo sitnesses in response to Langan notice, as discussed in Langan's 12/28/07 letter to the Court.**
4. **Any other issues to be addressed at 1/7 conf. – but 1/31 fact disc. cutoff unlikely to be extended.**

**Copy to: Judge Sidney H. Stein**