# ROBINSON & COLE LLP

MELISSA F. SAVAGE

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
msavage@rc.com
Direct (212) 451-2926


RECEIVED FEB 01 2008 CHAMBERS OF ANDREW J PECK

February 1, 2008

Via Facsimile 212-805-7933

Magistrate Judge Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007


USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/1/08

Re: Hartford Fire Insurance Company a/s/o Lycee Francais De New York
v. Mayrich Construction Corp., et al.
United States District Court, Southern District of New York
Case No.: 07 Civ. 4084 (SHS)(AJP)

Dear Judge Peck:

We represent the plaintiff in the above matter and respectfully request a one-week extension to submit our expert report, from February 4, 2008 to February 11, 2008. Per Your Honor's order, fact discovery is complete. The last depositions were taken on Tuesday and Wednesday, January 28-29, 2008. We also received supplemental documents from Sciame and Mayrich on January 30, 2008. Therefore, our expert requested the additional week to review the transcripts and new document production before finalizing his report. Defendants consent to our request. All parties had requested a one-month extension to complete fact discovery at the November 5, 2007 conference, which was granted.

The parties are also in the process of selecting mediators for a mediation, and may need Your Honor's assistance in moving the process forward at the February 7, 2008 conference.

Respectfully submitted,

Melissa F. Savage

MFS:cm

Law Offices
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA
www.rc.com

NEWY1-635972-1

**MEMO ENDORSED**
APPROVED, ~~~~ 2/1/08
Mediators under in charge

BY FAX

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy for: All counsel, ~~~~

Magistrate Judge Andrew J. Peck
February 1, 2008
Page 2


cc:   Elaine C. Gangel, Esq. (via facsimile)
      Gilbert L. Lee, Esq. (via facsimile)
      Chad Sjoquist, Esq. (via facsimile)
      Michael J. Pearsall, Esq. (via facsimile)
      Michael B. Golden, Esq. (via email)

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: **February 1, 2008**                                 Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Melissa F. Savage, Esq. | 212-451-2999 |
| Michael J. Pearsall, Esq. | 212-344-8263 |
| Gilbert L. Lee, Esq. | 212-422-0925 |
| Chad E. Sjoquist, Esq. | 212-682-6861 |
| Elaine Caryn Gangel, Esq. | 212-422-9429 |

# TRANSCRIPTION:

**MEMO ENDORSED 2/1/08**

**APPROVED.** All other deadlines remain unchanged.

Copy to:   Judge Sidney H. Stein