COUNSELORS AT LAW

ZETLIN & DE CHIARA LLP
801 Second Avenue
New York, NY 10017
212.682.6800 Phone
212.682.8861 Facsimile
www.zdlaw.com

ZETLIN & DE CHIARA 

February 1, 2008



<u>Via Facsimile: 212-805-7933</u>

Magistrate Judge Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Hartford Fire Insurance Co. a/s/o Lycee Francais de New York
           v. Mayrich Construction Corp., et al.
           <u>07 Civ. 4084 (SHS)(AJP)</u>

Dear Judge Peck:

We represent Defendant Polshek Partnership LLP in the above-referenced matter.

We are in receipt of Plaintiff's letter, dated February 1, 2008, in which Plaintiff requests a one week extension to submit its expert report.

If Your Honor is inclined to grant Plaintiff's application, we also request one additional week to submit our expert report, so that our expert has sufficient time to review Plaintiff's submission and before drafting his own report.

If you have any questions, please feel free to contact me at (212) 300-1485.

**MEMO ENDORSED** 2/1/08

[handwritten endorsement, illegible]

Very truly yours,

Chad E. Sjoquist

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

cc:    Melissa Savage, Esq.
       Gilbert Lee, Esq.
       Elaine Gangel, Esq.
       Michael Pearsall, Esq.

BY FAX

NEW YORK NY    CALDWELL NJ    WESTBURY NY    STAMFORD CT    LOS ANGELES CA

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: February 1, 2008                                    Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Melissa F. Savage, Esq. | 212-451-2999 |
| Michael J. Pearsall, Esq. | 212-344-8263 |
| Chad E. Sjoquist, Esq. | 212-682-6861 |
| Gilbert L. Lee, Esq. | 212-422-0925 |
| Elaine Caryn Gangel, Esq. | 212-422-9429 |

# TRANSCRIPTION:

**MEMO ENDORSED 2/1/08**

Approved **but** the date for the close of expert discovery remains unchanged.


Copy to:    Judge Sidney H. Stein